

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2015

No. 04-15-00362-CV

Javan P. **SMITH**,
Appellant

v.

**DC CIVIL CONSTRUCTION, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-1978
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The reporter's record was originally due on September 21, 2015. On September 30, 2015, Ms. Kay Counseller, the reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a Notification of Late Record stating the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, no later than October 26, 2015, that a reporter's record be prepared and (2) designate in writing, no later than October 26, 2015, the exhibits and those portions of the record to be included in the reporter's record. *Id.* Appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than October 26, 2015.

It is also ORDERED that appellant provide written proof to this court no later than October 26, 2015 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Sandee Bryan Marion, Chief Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2015.


_____
Keith E. Hottle
Clerk of Court